Berry v. Zimmerman et al.

---

RICHARD C. BERRY, Plaintiff in Error, v. JAMES M. ZIMMERMAN and MAHULDA ZIMMERMAN, Defendants in Error.

Cause remanded to the Circuit Court for want of jurisdiction in the Supreme Court, the cause being still pending in the Circuit Court for final judgment.

*Error to First District Court.*

*Bogess & Sloan*, for plaintiff in error.

*J. F. Bowden & Bro.*, for defendants in error.

BLISS, Judge, delivered the opinion of the court.

This cause came up by error from the Cass County Circuit Court to the District Court of the First District, and from said District Court to this court.

The defendant in the Circuit Court demurred to the petition, and the demurrer was sustained, but no judgment rendered. The case, then, seems to be still pending in said court for final judgment; and until that is rendered we have no jurisdiction in the case.

Cause remanded to the Cass County Circuit Court for further proceedings. The other judges concur.